UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CAMBRA, | ) | Case No. EDCV 13-1107-VAP(AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| CONNIE GIPSON, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 15, 2015_

_____
Virginia A. Phillips
United States District Judge